

# Great Lakes
## BANK OF CHOICE

13057 S. Western Avenue • Blue Island, Illinois 60406 • 708.503.0400

March 2, 2010

09CV6026

**FILED**
3-4-2010
MAR - 4 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHN

Clerk of the US District Court
Northern District of Illinois, Eastern Division
219 South Dearborn Street
Chicago IL 60604

Re. Citation: Trustees of Regional Council of Carpenters Pension Fund, et al vs.
D Three Construction Corp., aka D Three Corp
Case No 09 CV 6026

To Whom It May Concern:

Please be advised that Great Lakes Bank is holding $94.36 in compliance with the above referenced Citation.

If you have any questions about the enclosed, please contact the undersigned at 708-283-5849.

Very truly yours,

Patricia Hamann
**Deposit Operations**
**Great Lakes Bank**

Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>D THREE CONSTRUCTION CORP.<br>a/k/a D THREE CORP.,<br>Defendant,<br><br>GREAT LAKES BANK,<br>Third Party Respondent. | Case No. 09 CV 6026<br><br>Judge Gettleman |

## CITATION NOTICE

**Judgment Debtor's last known address:**
Name: D Three Construction Corp. a/k/a
Address: D Three Corp.
c/o Dean Marsteller, Reg. Agt.
26109 Mapleview Dr.
Plainfield, IL 60585

**Judgment Creditor/Creditor's Attorney:**
Name: David P. Lichtman
Address: Whitfield, McGann Ketterman,
111 East Wacker Drive, Suite
2600 Chicago, IL 60601

*Judgment in the amount of:* $43,166.77 on January 14, 2010
*Name of person receiving citation:* Great Lakes Bank
Attn: Legal Department
13057 S. Western Ave.
Blue Island, IL 60406
*Date of Citation* March 3, 2010 at 2:00 p.m.
*Location of Citation:* **111 East Wacker Drive, Suite 2600, Chicago, IL 60601**

NOTICE: The Court has issued a citation against the person named above. The citation directs that person to appear at the Law Office of Whitfield, McGann & Ketterman to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The Citation was issued on the basis of a judgment entered against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the citation date, the court may compel the application of any discovered income or assets toward payment on the judgment.

**WARNING: YOUR FAILURE TO COMPLY WITH THE CITATION PROCEEDING MAY RESULT IN A JUDGMENT BEING ENTERED AGAINST YOU FOR THE UNSATISFIED AMOUNT OF THIS JUDGMENT. 735 ILCS 5/2-1402(D)(1).**

**ARNING: YOUR FAILURE TO APPEAR AT THE CITATION HEARING AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.**

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law.

     I, David P. Lichtman, declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

|  |  |
|---|---|
| *[signature]* | **MICHAEL W. DOBBINS** |
| Signature of Attorney | CLERK OF THE COURT |
| David P. Lichtman | |
| | *J. Hollimon* |
| | DEPUTY CLERK |
| | Date: FEB 1 0 2010 |

David P. Lichtman (#6290051)
Whitfield, McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701